**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LESLIE RICHARD HOEPER,** | **No. C-11-0683 TEH (PR)** |
|       Plaintiff, | **ORDER OF DISMISSAL** |
|   v. | |
| **CITY AND COUNTY OF SAN FRANCISCO, et al.,** | |
|       Defendants. | |

      This is a pro se prisoner civil rights case filed by Plaintiff Leslie Richard Hoeper, an inmate at West County Detention Facility in Richmond, California.  On March 19, 2012, Defendants filed a motion for summary judgment.  Plaintiff did not file an opposition within the required time period.  On August 2, 2012, the Court sent Plaintiff additional notice and granted him additional time to file supplemental materials.  On August 14, 2012, the mail that was sent to Plaintiff was returned by the post office as undeliverable.

      Because sixty days have passed since the Court's mail to Plaintiff was returned as undeliverable, and the Court has received no written communication from Plaintiff indicating a current address, the case is dismissed without prejudice pursuant to Civil

Local Rule 3-11(b).

The Clerk shall close the file.

IT IS SO ORDERED.

DATED      11/05/2012

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Hoeper-11-0683-Dis Retd Mail.wpd

2